Argued July 23, affirmed July 30, 1970

STATE OF OREGON, *Respondent, v.*
MIKE STONESTREET, *Appellant.*

472 P2d 844

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Jacob B. Tanzer,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

The defendant, having plead guilty to larceny by bailee, received a sentence of five years in prison. On

this direct appeal he asks that his plea of guilty be set aside on the ground that the trial judge, in questioning him prior to accepting the plea, failed to fully advise him of his rights and of the maximum possible penalty for his crime. The question he raises cannot be considered on direct appeal. See *State v. Ferren,* 3 Or App 224, 473 P2d 165 (1970).

Affirmed.